## AETNA CASUALTY AND SURETY CO. v. YOUNTS

No. 141P87.

Case below: 84 N.C. App. 399.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## ALLSTATE v. SEALEY

No. 201P87.

Case below: 84 N.C. App. 700.

Petition by defendants (Shelby Darnell and Jerry M. Darnell) for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1987.

## ANDREWS v. DAVENPORT

No. 159P87.

Case below: 84 N.C. App. 675.

Petition by defendants (Davenports) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## ARCHER v. TRI-CITY

No. 135P87.

Case below: 84 N.C. App. 567.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## BLISS v. CYRIL BATH

No. 122P87.

Case below: 84 N.C. App. 567.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.